The People of the State of New York, Respondent, v William Green, Appellant. [8 NYS3d 560]—

Order, Supreme Court, New York County (Anthony J. Ferrara, J.), entered September 27, 2013, which denied defendant's Correction Law § 168-o (2) petition to modify his sex offender classification, unanimously reversed, on the law, without costs, and the matter remanded to Supreme Court for a hearing before a different Justice.

Under the circumstances presented, the court erred in refusing to permit defendant to appear at the hearing via video conferencing (see Correction Law § 168-o [4]; People v Marquez, 124 AD3d 741 [2d Dept 2015]). We remand the matter for the court to conduct a hearing with defendant's participation, if he chooses, in person or, given the undisputed health limitations on his ability to travel, via video conferencing. Concur—Mazzarelli, J.P., Acosta, Saxe, Manzanet-Daniels and Clark, JJ.